```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 18030
   KEITH WALKER
   ANGELA A WALKER                              CHAPTER 13

                                                JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-2409    SSN XXX-XX-0198

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 07/14/2008 and was confirmed 09/15/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 10/20/2008.
-------------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                               PAID           PAID
-------------------------------------------------------------------------------
CITY OF CHICAGO WATER DE  SECURED              846.00          .00            .00
WELLS FARGO BANK NA       CURRENT MORTG           .00          .00            .00
WELLS FARGO BANK NA       MORTGAGE ARRE      73179.00          .00            .00
IL STATE DISBURSEMENT UN  DSO ARREARS             .00          .00            .00
TRINITY HOSPITAL          UNSECURED           4705.06          .00            .00
ADVOCATE TRINITY HOSPITA  UNSECURED         NOT FILED          .00            .00
ARROW FINANCIAL SERVICES  UNSECURED         NOT FILED          .00            .00
AT&T                      UNSECURED         NOT FILED          .00            .00
AT&T                      UNSECURED         NOT FILED          .00            .00
CHANDRA DIAGNOSTIC CARDI  UNSECURED         NOT FILED          .00            .00
CHRIST MEDICAL CENTER     UNSECURED         NOT FILED          .00            .00
CHICAGO DEPT OF REVENUE   UNSECURED           4946.87          .00            .00
COMMONWEALTH EDISON       UNSECURED           3213.36          .00            .00
COMMONWEALTH EDISON       UNSECURED         NOT FILED          .00            .00
ROSECRANCE HEALTH NETWOR  UNSECURED         NOT FILED          .00            .00
ADVOCATE TRINITY HOSPITA  UNSECURED         NOT FILED          .00            .00
MIDWEST CARDIOVASCULAR    UNSECURED         NOT FILED          .00            .00
TRIBUTE MASTERCARD        UNSECURED            704.95          .00            .00
NCO FINANCIAL SYSTEMS IN  UNSECURED         NOT FILED          .00            .00
ILLINOIS DEPARTMENT OF H  UNSECURED         NOT FILED          .00            .00
COMMONWEALTH EDISON       UNSECURED         NOT FILED          .00            .00
WINDY CITY EMERGENCY PHY  UNSECURED         NOT FILED          .00            .00
NUVELL CREDIT CO LLC      UNSECURED           8782.62          .00            .00
PEOPLES GAS LIGHT & COKE  UNSECURED           8962.15          .00            .00
PEOPLES GAS LIGHT & COKE  UNSECURED         NOT FILED          .00            .00
R&R COUNTRY               UNSECURED         NOT FILED          .00            .00
VILLAGE OF BRIDGEVIEW     UNSECURED            250.00          .00            .00
ADVOCATE TRINITY HOSPITA  UNSECURED         NOT FILED          .00            .00
UNION AUTO SALES          UNSECURED         NOT FILED          .00            .00
AT&T                      UNSECURED         NOT FILED          .00            .00
WELLS FARGO HOME MORTGAG  MORTGAGE NOTI     NOT FILED          .00            .00
DIANE WALTER              NOTICE ONLY       NOT FILED          .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 18030 KEITH WALKER & ANGELA A WALKER
```

```
EDUCATION CREDIT MGMT CO  UNSECURED              .00              .00              .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY       2,871.50                          1,062.15
TOM VAUGHN                TRUSTEE                                                 82.41
DEBTOR REFUND             REFUND                                                 472.17

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                  1,616.73

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                   1,062.15
TRUSTEE COMPENSATION                                82.41
DEBTOR REFUND                                      472.17
                        ---------------    ---------------
TOTALS                   1,616.73               1,616.73
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 01/26/09              _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE